# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0267. JUDIA ELLIOT v. VINEBROOK HOMES, SUCCESSOR TO CONREX PROPERTY MANAGEMENT, LLC et al.**

The magistrate court issued a dispossessory judgment in favor of the plaintiffs and against Judia Elliot. Elliot appealed to superior court. The superior court also entered judgment in favor of the plaintiffs, and ordered an evidentiary hearing to address monetary relief. Elliot then filed this direct appeal from that order. We, however, lack jurisdiction.

Ordinarily, appeals from superior court decisions reviewing lower court decisions must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). However, because the superior court reserved ruling on the issue of monetary relief, the order is not final. See *Woodruff v. Choate*, 334 Ga. App. 574, 576 (1) (a) (780 SE2d 25) (2015). Because there is no final judgment and the case remains pending below, Elliott was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the superior court – in order to obtain appellate review of the superior court's order. See OCGA § 5-6-34 (a) (1), (b); *Mauer v. Parker Fibernet, LLC*, 306 Ga. App. 160, 161 (701 SE2d 599) (2010).

Elliot's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*C l e r k ' s     O f f i c e ,*
*Atlanta,    10/10/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*